ORIGINAL

**FILED**

OCT - 7 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

1 | DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
2 | P O BOX 50013
SAN JOSE, CA 95150-0013
3
Telephone: (408) 354-4413
4 | Facsimile: (408) 354-5513

5 | Trustee for Debtors

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In Re: ) | Chapter 13 |
| ALEJANDRO R RUIZ ) | Case No. 06-51335 ASW |
| SUSAN F RUIZ ) | **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtors ) | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2499182 for an unclaimed dividend in the amount of $1.37. The name and address of the claimant entitled to the unclaimed dividend is as follows;

ALEJANDRO R RUIZ
SUSAN F RUIZ
119 EASTWOOD CT
SAN JOSE, CA 95136

Dated: October 04, 2011

_____
DEVIN DERHAM-BURK, TRUSTEE